[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 30, 2005
THOMAS K. KAHN
CLERK

No. 04-12895

BIA No. A79-432-956

EN XIN WU,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

Appeal from the United States District Court
for the Southern District of Florida

**(September 30, 3005)**

Before TJOFLAT and BARKETT, Circuit Judges and FULLER*, Chief District
Judge.

_____
*Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of
Alabama, sitting by designation,

PER CURIAM:

**AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.**[1]

_____

[1] 11th Cir. R. 36-1 provides:
When the court determines that any of the following circumstances exist:
  (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;
  (b)  the evidence in support of a jury verdict is sufficient;
  (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;
  (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
  (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.